UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM JOHN DUNN,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. C21-5131-MLP<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

On remand, the Agency will:

- Further develop the record;
- Offer the claimant the opportunity for a de novo hearing;
- Reevaluate the medical source opinions and prior administrative medical findings in accordance with applicable regulations;
- Reevaluate the claimant's subjective complaints;

Page 1      ORDER [C21-5131-MLP]

- Reassess the severity of the claimant's mental impairments;
- Reevaluate the claimant's physical and mental limitations and make a new residual functional capacity finding, and, in so doing, medical and psychological expert evidence may be obtained;
- As needed, obtain supplemental vocational evidence to assess whether there are jobs in significant number the claimant could still do; and
- Issue a new decision.

The claimant shall be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 1st day of October, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Sarah Moum
SARAH MOUM
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2936
Fax: (206) 615-2531
sarah.moum@ssa.gov